# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Jaime Montes-Montes,

    Petitioner,

v.                             Case No. 2:11-cv-87

Federal Bureau of Prisons,         Judge Michael H. Watson
                                        Magistrate Judge Kemp

    Respondent.

## ORDER

    Petitioner, a federal prisoner housed at the Northeast Ohio Correctional Center in Youngstown, Ohio, filed a habeas corpus petition in this Court pursuant to 28 U.S.C. §2241. A Magistrate Judge of this Court determined that because petitioner is not confined within the Southern District of Ohio and is not challenging a conviction entered by a court within this judicial district, under 28 U.S.C. §2241(a), which allows district judges to grant writs of habeas corpus only "within their respective jurisdictions," the Court lacks jurisdiction to issue the requested writ. It was therefore recommended that the case be transferred to the United States District Court for the Northern District of Ohio at Youngstown because petitioner is confined in that judicial district.

    Petitioner has not objected to the recommendation for transfer, and the time for filing objections has expired. Therefore, the Report and Recommendation (ECF No. 2) is **ADOPTED**. This case is **TRANSFERRED** to the United States District Court for the Northern District of Ohio at Youngstown for all further proceedings.

    IT IS SO ORDERED.

                                                             _/s/ Michael H. Watson_
                                                             **MICHAEL H. WATSON, JUDGE**
                                                             **UNITED STATES DISTRICT COURT**